**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**AMERICAN SAFETY CASUALTY
INSURANCE COMPANY**                                                        **PLAINTIFF**

**VS.**                             **4:15-CV-00514-BRW**

**AG HUNT CONSTRUCTION COMPANY INC.,** *et al.*                  **DEFENDANTS**

**JUDGMENT**

Based on the order entered today, this case is DISMISSED. Accordingly, judgment is entered, jointly and severally, against Defendants AG Hunt Construction Company, Rhetina Mitchener, and James Mitchener for payment of bond claims of $160,987.75, attorneys' fees of $57,679.50, and expenses of $9,733.48 for a total judgment amount of $228,400.73

IT IS SO ORDERED, this 4th day of August, 2016.

                                                /s/ Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE